[No. 22757. *En Banc.* June 22, 1931.]

J. R. CYPERT et al., *Appellant,* v. NALLEY'S, INC., *Respondent.*[1]

*Hayden, Langhorne & Metzger,* for appellants.
*Louis J. Muscek* and *Ralph S. Pierce,* for respondent.

PER CURIAM.—This case calls for the same disposition in this court as the case of *Alfred Mitchell and wife v. Nalley's, Inc., ante* p. 183, tried in the superior court at the same time. Mrs. Cypert was injured in the same accident, and the question of the liability of Nalley's, Inc. for her injury is determinable upon exactly the same state of facts. Therefore, the judgment of the superior court exonerating Nalley's, Inc. from liability to Cypert and wife is affirmed.

[No. 22758. *En Banc.* June 22, 1931.]

FRANK PARKER et al., *Appellants,* v. NALLEY'S, INC., *Respondent.*[2]

*Hayden, Langhorne & Metzger,* for appellants.
*Louis J. Muscek* and *Ralph S. Pierce,* for respondent.

PER CURIAM.—This case calls for the same disposition in this court as the case of *Alfred Mitchell and wife v. Nalley's, Inc., ante* p. 183, tried in the superior court at the same time. Mrs. Parker was injured in the same accident, and the question of the liability of Nalley's, Inc. for her injury is determinable upon exactly the same state of facts. Therefore, the judgment of the superior court exonerating Nalley's, Inc. from liability to Parker and wife is affirmed.

[1]Reported in 300 Pac. 528.
[2]Reported in 300 Pac. 529.